IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

---

SCOTT N. JOHNSON,

        Plaintiff,

    v.

MAGARUH ENTERPRISES, INC.,
Individually and d/b/a A-1 Body &
Paint; SHARRON L. MAGARUH,
Individually and as Successor
Trustee of the Bernice L. Thomason
Revocable Trust,

        Defendants.

2:09-cv-2856-GEB-EFB

ORDER RE: SETTLEMENT AND DISPOSITION

---

On January 26, 2010 Plaintiff filed a Notice of Settlement in which he states "the parties have settled this action" and that "[d]ispositional documents will be filed within (30) calendar days." Therefore, a dispositional document shall be filed no later than February 26, 2010. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

1

1  The status conference scheduled for February 16, 2010 is
2 continued to commence at 9:00 a.m. on March 15, 2010, in the event
3 that no dispositional document is filed, or if this action is not
4 otherwise dismissed.  Further, a joint status report shall be filed
5 fourteen days prior to the status conference.[1]
6  IT IS SO ORDERED.

Dated:  January 26, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify discontinuance of calendering a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).